UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Jonathan D. Campbell,
    Plaintiff

v.                                            C.A. No. 08-368S

Donald W. Wyatt Detention Center;
Warden W. Salsbury,
    Defendant

## ORDER

The Report and Recommendation of United States Senior Magistrate Judge Jacob Hagopian filed on November 24, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's objection to the Magistrate Judge's Report and Recommendation is DENIED. Plaintiff's motion to proceed in forma pauperis is hereby DENIED and this action is dismissed without prejudice to re-file.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 12/12/08